**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1174

RONALD SATISH EMRIT,

Plaintiff - Appellant,

v.

BRITISH SECRET SERVICE; CENTRAL AUTHORITY OF ENGLAND; HAGUE CONFERENCE ON PRIVATE LITIGATION; OFFICE OF INTERNATIONAL JUDICIAL ASSISTANCE; HOUSE OF LORDS (ENGLAND); HOUSE OF COMMONS (ENGLAND); PRIME MINISTER RISHI; THE WINDSORS; BUCKINGHAM PALACE; WESTMINSTER ABBEY; ARCHBISHOP OF CANTERBURY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cv-00053-DJN)

Submitted:  June 15, 2023                          Decided:  June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit noted this appeal after he filed a motion to proceed in forma pauperis and a complaint in the district court but before the court entered any order. Therefore, there is no order before us for review. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
